**Electronically Filed**
**Supreme Court**
**SCWC-18-0000190**
**21-AUG-2019**
**01:20 PM**

SCWC-18-0000190

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GALINA OGEONE,
Petitioner/Plaintiff-Appellant,

vs.

DENTIST LESLIE AU,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000190; 1CC181000076))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Galina Ogeone's

Application for Writ of Certiorari, filed on July 18, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, August 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

